Donaldson *v.* P. J. Oesterling & Sons, Inc. et al., Appellants.

Argued November 12, 1962.   Before RHODES, P. J., ERVIN, WRIGHT, WATKINS, MONTGOMERY, and FLOOD, JJ. (WOODSIDE, J., absent).

*Irwin M. Ringold,* with him *Alexander J. Jaffurs,* for appellants.

*Willis A. MacDonald,* for appellee.

OPINION PER CURIAM, December 12, 1962:
The order of the Court of Common Pleas of Butler County is affirmed on the opinion of President Judge HERMAN M. RODGERS, for the court below, reported at 28 Pa. D. & C. 2d 583.

---

DISSENTING OPINION BY MONTGOMERY, J.:
The evidence in this case is not sufficient to sustain the finding that the presumption of the continuance of the meretricious relationship had been overcome.
Therefore, I respectfully dissent.
WRIGHT, J., joins in this dissent.